# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LISA CHE,

           Plaintiff(s),

v.

MANDALAY BAY RESORT AND CASINO, et al.,

           Defendant(s).

2:14-CV-42 JCM (GWF)

## ORDER

Presently before the court is the matter of *Che v. MGM Resorts International, et al.*, case no. 2:14-cv-00042-JCM-GWF.

On January 16, 2014, defendants filed a motion to dismiss (doc. # 5). On February 3, 2014, plaintiff filed an amended complaint pursuant to Fed. R. Civ. P. 15(a). (Doc. # 10).

An amended complaint supersedes the original pleading, making it "non-existent." *Valadez-Lopez v. Chertoff*, 656 F.3d 851, 857 (9th Cir. 2011). If a litigant files an amended pleading, then motions to dismiss the original complaint are mooted without prejudice. *Johnson v. Cheryl,* 2013 WL 3943606, at *2 (D. Nev. 2013).

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motion to dismiss (doc. # 5) be, and the same hereby is, DENIED without prejudice.

DATED February 12, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**